UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

        ALLEVA DAIRY INC.,

                            Chapter 11
                            Case No.: 22-

        Debtor.
-----------------------------------------------------------------X

### DEBTOR'S LOCAL RULE 1007-2 AFFIDAVIT

STATE OF NEW YORK    )
                                )
COUNTY OF NASSAU    )

       Karen Fouquet, being duly sworn, deposes and states as follows:

       I am the president and one hundred percent (100%) shareholder of Alleva Dairy Inc. ("Alleva" and/or the "Debtor"). As such I have personal knowledge of the statements contained herein.

       1.       Established in 1892, Alleva is the oldest cheese store in America and continues to serve its community by making the finest quality ricotta and mozzarella. Alleva's origins are Benevento, Italy from where the original owner immigrated. Alleva's difficulties arose during the COVID-19 National Emergency where many of New York's businesses suffered. The Little Italy neighborhood was not immune to the financial hardships foist upon the food industry. As a result, Alleva was unable to pay its rent and its landlord has commenced an action to recover possession.

       2.       This case was not commenced under any other chapter of the Bankruptcy Code.

       3.       No committee was formed prior to the filing for relief.

       4.       Attached is a list of those creditors holding the twenty (20) largest unsecured claims, excluding claims of any insiders.

       5.       There are no creditors holding secured claims.

6.  The Debtor's assets consist of the following: The Debtor's liabilities consist of the following:

| | |
|---|---|
| Ace Indico | $5,024.93 |
| BMT Linen | $497.48 |
| Chase Bank | $6,701.85 |
| Chase SBA | $7.956.45 |
| Luzzi Cheese | $6,076.61 |
| SBA | $500,000.00 |
| Stabile Realty | $647,722.39 |

7.  There are no shares of the Debtor that are publicly held.

8.  There is no property of the Debtor in the custody or possession of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agency for any such entity.

9.  The Debtor operates its business form the leased premises located at 188 Grand Street, New York, New York.

10. The Debtor's assets and its books and records are located at 188 Grand Street, New York, New York.

11. The Debtor is a defendant in the action styled *Jerome G. Stabile III Realty, LLC v. Alleva Dairy Inc.,* Index No. LT-301004-22/NY.

12. The Debtor's senior management includes Karen Fouquet who runs the day-to-day operations of the Debtor. She has been with the Debtor since 2014.

13. The Debtor estimates that its weekly payroll for all employees, exclusive of its officers, for the thirty (30) day period immediately following the Petition Date is $11,691.

14. The amount paid and proposed to be paid for services for the thirty (30) day period following the Petition Date to its officers is $1,299.

15. The Debtor estimates that receipts for the thirty (30) day period immediately after the Petition Date is $70,000.00 and disbarments will be approximately $66,000.00.

Dated: Syosset, New York
　　　　September 12, 2022

　　　　　　　　　　　　　　　　　　　　S/Karen Fouquet
　　　　　　　　　　　　　　　　　　　　Karen Fouquet
　　　　　　　　　　　　　　　　　　　　President

Sworn to before me on this
12th day of September 2022

S/Fred S. Kantrow
Fred S. Kantrow
Notary Public State of New York
Qualified in Suffolk County
No. 02KA 6429827
Comm. Exp. 02/28/26