| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Alleva Dairy Inc. | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ace Indico  80 International Blvd  Brewster, NY 10509 | | Trade Debt | | | | $5,024.93 |
| BMT Linen  60 Madison Ave  Hempstead, NY 11550 | | Trade Debt | | | | $497.48 |
| Chase Bank  PO Box 1423  Charlotte, NC 28201 | | Credit Card | | | | $6,701.85 |
| Chase SBA PPP  P.O.Box 9001022  Louisville, KY 40290 | | PPP Loan | | | | $7,956.45 |
| Luzzi Cheese  86 Rossotto Dr  Hamden, CT 06514 | | Trade Debt | | | | $6,076.61 |
| Small Business Administration Disaster Loan Servicing  2 North 20th St. Ste 320  Birmingham, AL 35203 | | disaster loan | | | | $500,000.00 |
| Stabile Realty  1261 Broadway  Room 812  New York, NY 10001 | | Past due Rent | Contingent Unliquidated Disputed | | | $647,722.39 |