The Kantrow Law Group, PLLC
Attorneys for the Debtor
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
fkantrow@thekantrowlawgroup.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **4/5/23** |
| SOUTHERN DISTRICT OF NEW YORK | TIME: **10:00 a.m.** |

---------------------------------------------------------------X

In re:

        ALLEVA DAIRY INC.,

                 Debtor.

                         Chapter 11
                         Case No.: 22-11284-dsj

---------------------------------------------------------------X

## NOTICE OF DEBTOR'S APPLICATION SEEKING ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §112(b)(1)
## <u>VOLUNTARILY DISMISSING THIS CHAPTER 11 CASE</u>

**PLEASE TAKE NOTICE** that Alleva Dairy Inc., the debtor and debtor-in-possession in this chapter 11 case (the "Debtor"), by and through its attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. David S. Jones, United States Bankruptcy Judge, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, dismissing the instant chapter 11 bankruptcy case pursuant to 11 U.S.C. § 1112(b)(1), on **APRIL 5, 2023, at 10:00 a.m.** or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, One Bowling Green, Courtroom 701, New York, New York 10004.

        **PLEASE TAKE FURTHER NOTICE** that the Hearing shall be held using *Zoom for Government.*

        **PLEASE TAKE FURTHER NOTICE** that for all hearings conducted via *Zoom for Government,* participants are required to register their appearance by 4:00 p.m. the business day before any scheduled Zoom hearing at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

        **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed

with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court and upon: (i) The Kantrow Law Group, PLLC, 732 Smithtown Bypass, Suite 101, Smithtown, New York 11787, Attn: Fred S. Kantrow, Esq.; and (ii) the Office of the United States Trustee, One Bowling Green, Room 534, New York, New York 10004; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) on March 29, 2023.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: Smithtown, New York
March 6, 2023

                                                      The Kantrow Law Group, PLLC
                                                      Attorneys for the Debtor

BY:    S/Fred S. Kantrow
          Fred S. Kantrow
          732 Smithtown Bypass, Suite 101
          Syosset, New York 11791
          516 703 3672
          fkantrow@thekantrowlawgroup.com